IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-01946-RM-NYW

JAIMIE LYNN KULIKOWSKI,

    Plaintiff,

v.

JASON CROW,

    Defendant.

___

**ORDER**
___

    This matter is before the Court on Defendant's motion for attorney fees (ECF No. 40). Plaintiff filed a response to the motion (ECF No. 41), and Defendant filed a reply (ECF No. 42). For the reasons below, the Court grants Defendant's motion.

    Plaintiff filed this lawsuit in July 2020, claiming that Defendant had "stolen [her] valor." (ECF No. 1 at 4.)  After Defendant filed a motion to dismiss the complaint for failure to state a claim (ECF No. 14), Plaintiff then amended her complaint, claiming that Defendant had "assaulted [her] several times during 2019 and 2020" and that "[h]is assaults are a form of American soul genocide." (ECF No. 20 at 3.)  Defendant then filed a second motion to dismiss for failure to state a claim. (ECF No. 24.)  The motion was referred to a magistrate judge for a recommendation. (ECF No. 25.)

    After the motion was fully briefed, the magistrate recommended dismissing with prejudice Plaintiff's claim against Defendant.  The magistrate judge also made detailed findings as to why Plaintiff's conduct in bringing and litigating this case was sanctionable. (ECF No. 30

at 8-11.)  Nonetheless, the magistrate judge recommended denying without prejudice Defendant's request for reasonable attorney fees because he had not complied with certain procedural requirements.  *See* D.C.COLO.LCivR 54.3.  In October 2020, this Court overruled Plaintiff's objections and accepted and adopted the magistrate judge's report and recommendation in its entirety.  (ECF No. 37.)

Defendant's motion for attorney fees in the amount of $7,253 cures the procedural deficiencies identified by the magistrate judge because it is a separate motion supported by affidavits.  *See* Fed. R. Civ. P. 11(c)(2); D.C.COLO.LCivR 54.3.  In her response, Plaintiff fails to address in any meaningful manner the reasonableness of Defendant's request.  Nor did she object to the magistrate judge's determination that her conduct in this litigating this case was sanctionable.  Accordingly, the Court finds Plaintiff has waived any argument as to why attorney fees should not be awarded in this case.  The Court further finds that the amount requested is reasonable in light of Plaintiff's vexatious conduct as set forth in the magistrate judge's recommendation and as demonstrated by Plaintiff throughout this litigation.

Therefore, the Court GRANTS Defendant's motion for attorney fees.  (ECF No. 40.)

DATED this 7th day of December, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge